UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00554-MOC-DSC

| | | |
|---|---|---|
| **MECKLENBURG COUNTY** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **EMERALD CAROLINA CHEMICAL, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the joint Stipulation and Request to Terminate Consent Decree. Having considered the joint Stipulation and Request to Terminate Consent Decree and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Stipulation and Request to Terminate Consent Decree (#5) is **GRANTED**, the Consent Decree (#4) is **TERMINATED** satisfactorily and this action is **CLOSED**.

Signed: August 12, 2015

Max O. Cogburn Jr
United States District Judge

-1-